IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS, | ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | No. 25-cv-1204 |
| T & R ELECTRIC, INC., AN ILLINOIS CORPORATION, RHONDA OWENSBY, Individually and TERRY OWENSBY, Individually | ) ) ) ) | Judge Jeffrey I. Cummings |
| | ) | Magistrate Judge |
| Defendants. | ) | Heather K. McShain |

**UPDATED STATUS REPORT**

Pursuant to the Court Order entered on August 5, 2025, the parties advise that the current status of the matter is as follows:

Since the last status, the parties have not been able to resolve the matter in full, but the Defendant did make payments towards two months of benefits. The parties have agreed to set up an in-person meeting to try to come to a resolution on the remaining amounts at issue. The

1

parties would request a subsequent status in 30 days regarding the in-person meeting.

                                                  Respectfully submitted,

                                                  TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,

                                                  By:  /s/ Paul M. Egan
                                                          One of their Attorneys

Paul M. Egan
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
pe@aandklaw.com
(312)236-0415

                                                  T & R ELECTRIC INC., et al.,

                                                  By:  /s/ Todd A. Miller
                                                          One of their Attorneys

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
tam@alloccomiller.com
(312) 675-4325