# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Trustees of the N.E.C.A.–IBEW Local 176 Health, Welfare, Pension, Vacation and Training Trust Funds

Plaintiff,

v.

Case No.: 1:25−cv−01204

Honorable Heather K. McShain

T & R Electric, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 9, 2025:

MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [19], which reflects that settlement efforts were not successful but defendant has made some payments towards its outstanding obligations. The parties were previously advised that they would need to move forward with discovery [18], but the status report does not provide any update on the parties' progress with discovery. If the parties have not already done so, the parties must serve their written discovery requests by 10/22/2025. Further joint status report on the same topics as the instant report due on 11/07/2025. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.