IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS, | ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | No. 25-cv-1204 |
| T & R ELECTRIC, INC., AN ILLINOIS CORPORATION, RHONDA OWENSBY, Individually and TERRY OWENSBY, Individually | ) ) ) ) | Judge Jeffrey I. Cummings |
| | ) | Magistrate Judge |
| Defendants. | ) | Heather K. McShain |

## UPDATED STATUS REPORT

Pursuant to the Court Order entered on October 9, 2025, the parties advise that the current status of the matter is as follows:

On November 4, 2025, the parties met in person to negotiate a potential settlement on the matter. The parties have agreed to entering into an installment note. Plaintiffs have prepared a draft of a proposed note, and sent it to defense counsel on November 6, 2025 to over with his clients to verify that they can agree to the terms. The parties would request a status in 30 days to allow for the installment note to be finalized and for entry of a formal settlement agreement and potential dismissal of the matter.

    Respectfully submitted,

    TRUSTEES OF THE N.E.C.A. – IBEW
    LOCAL 176 HEALTH, WELFARE,
    PENSION, VACATION, AND TRAINING
    TRUST FUNDS,

1

        By:  /s/ Paul M. Egan
           One of their Attorneys

Paul M. Egan
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
pe@aandklaw.com
(312)236-0415

        T & R ELECTRIC INC., et al.,

        By:  /s/ Todd A. Miller
           One of their Attorneys

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
tam@alloccomiller.com
(312) 675-4325