# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Trustees of the N.E.C.A.–IBEW Local 176 Health, Welfare, Pension, Vacation and Training Trust Funds

Plaintiff,

v.

T & R Electric, Inc., et al.

Defendant.

Case No.: 1:25−cv−01204

Honorable Heather K. McShain

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 7, 2025:

MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [21], which does not provide an update on discovery but does report that the parties have agreed to resolve the case by entering into an installment note. By 12/08/2025, the parties shall file either a stipulation to dismiss or a joint status report on their settlement efforts. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.