## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Trustees of the N.E.C.A.–IBEW Local 176 Health,
Welfare, Pension, Vacation and Training Trust Funds

Plaintiff,

v.

Case No.:
1:25–cv–01204

Honorable
Heather K.
McShain

T & R Electric, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 10, 2025:

     MINUTE entry before the Honorable Heather K. McShain: A stipulation to dismiss or a joint status report on the parties' settlement efforts was due on 12/08/2025 [22] but was not filed. The parties must file the stipulation to dismiss or joint status report by 12/12/2025. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.