IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 25-cv-1204 |
| T & R ELECTRIC, INC., AN ILLINOIS CORPORATION, RHONDA OWENSBY, Individually and TERRY OWENSBY, Individually | ) ) ) ) | Judge Jeffrey I. Cummings |
| | ) ) | Magistrate Judge |
| Defendants. | ) | Heather K. McShain |

## UPDATED STATUS REPORT

Pursuant to the Court Order entered on December 9, 2025, the parties advise that the current status of the matter is as follows:

Since the last status report, the parties have agreed to enter into a potential settlement in the matter. The parties are obtaining signatures on the final draft of a proposed note, which we anticipate receiving within the next seven days. The defendant has paid the first note payment, and has a second due on 12/15/25, so the parties would request a date for updated status or dismissal after 12/16/25.

    Respectfully submitted,

TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,

By: /s/ Paul M. Egan
      One of their Attorneys

1

Paul M. Egan
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
pe@aandklaw.com
(312)236-0415

                                          T & R ELECTRIC INC., et al.,

                                          By: /s/ Todd A. Miller
                                                  One of their Attorneys

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
tam@alloccomiller.com
(312) 675-4325