# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS, | ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | No. 25-cv-1204 |
| T & R ELECTRIC, INC., AN ILLINOIS CORPORATION, RHONDA OWENSBY, Individually and TERRY OWENSBY, Individually | ) ) ) ) | Judge Jeffrey I. Cummings |
| | ) | Magistrate Judge |
| Defendants. | ) | Heather K. McShain |

## UPDATED STATUS REPORT

Pursuant to the Court Order entered on December 15, 2025, the parties advise that the current status of the matter is as follows:

Since the last status report, the parties have agreed to enter into a potential settlement in the matter. While the defendant has paid the first note payment, defendant still has not signed the proposed note. Additionally, defendant has fallen behind on their monthly reporting obligations. Defense counsel and defendant indicated that they should have the delinquent contributions paid by 1/2/26 and should have the signed note back to plaintiffs as well. The parties would ask for one additional status to verify receipt of both, as well as the second note payment due on 1/1/26, preferably after mid-January.

                                                            Respectfully submitted,

                                                            TRUSTEES OF THE N.E.C.A. – IBEW
                                                            LOCAL 176 HEALTH, WELFARE,

PENSION, VACATION, AND TRAINING TRUST FUNDS,

By: /s/ Paul M. Egan
      One of their Attorneys

Paul M. Egan
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
pe@aandklaw.com
(312)236-0415

T & R ELECTRIC INC., et al.,

By: /s/ Todd A. Miller
      One of their Attorneys

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
tam@alloccomiller.com
(312) 675-4325