# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trustees of the N.E.C.A.–IBEW Local 176 Health, Welfare, Pension, Vacation and Training Trust Funds

Plaintiff,

v.

Case No.: 1:25−cv−01204

Honorable Heather K. McShain

T & R Electric, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 23, 2026:

MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' proposed Agreed Order of Dismissal, which was erroneously submitted to the proposed order inbox of the District Judge to whom the case was originally assigned. On review of the parties' submission, the Court orders as follows: (1) If the parties wish to dismiss this case, they must file a document titled "Stipulation to Dismiss" on the docket instead of submitting a proposed dismissal order to be entered by the Court. (2) Because the parties are contemplating that the dismissal will be without prejudice unless a motion to reinstate is filed by August 15, 2027, the Stipulation to Dismiss should contain the following language: "If no motion for reinstatement has been filed on or before August 15, 2027, the dismissal shall automatically convert to a dismissal with prejudice without further order of the Court." Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.