IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS,<br>                Plaintiffs,<br>vs.<br>T & R ELECTRIC, INC., AN ILLINOIS CORPORATION, RHONDA OWENSBY, Individually and TERRY OWENSBY, Individually<br>                Defendants. | No. 25-cv-1204<br><br>Judge Jeffrey I. Cummings<br><br>Magistrate Judge<br>Heather K. McShain |

**JOINT STIPULATION TO DISMISS**

Plaintiffs, Trustees of the Health, Welfare, Pension, Vacation and Training Trust Funds of NECA - IBEW Local 176 and Defendant, T & R Electric Inc., an Illinois Corporation, Rhonda Owensby, Individually, and Terry Owensby, Individually ("Defendants") by and through their attorneys, hereby submit this Joint Stipulation to Dismiss Without Prejudice the above-captioned action, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a) and the parties' Settlement Agreement, specifically providing Defendants waive service and consent to the jurisdiction of this Court over them, and reservation of Plaintiffs' right to reinstate and enter judgment against Defendants as provided in the parties' Settlement Agreement for any unpaid amount due and owing under the Settlement Agreement on default plus Plaintiffs' attorneys' fees incurred in enforcing the Settlement Agreement. If no Motion for Reinstatement has been filed on or before August 15, 2027, the dismissal shall automatically convert to a dismissal with prejudice without further notice of the Court.

WHEREFORE, specifically subject to those reservations, the Parties respectfully request that the Court dismiss the above captioned matter without prejudice and without costs through August 15, 2027, after which the dismissal will be with prejudice unless the Plaintiffs bring a motion to reinstate prior to August 15, 2027.

Respectfully submitted,

TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,

By:  /s/ Paul M. Egan
      One of their Attorneys

Date: January 26, 2026

Paul M. Egan
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
pe@aandklaw.com
(312)236-0415

T & R ELECTRIC INC., et al.,

By:  /s/ Todd A. Miller
      One of their Attorneys

Date: January 26, 2026

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
tam@alloccomiller.com
(312) 675-4325