IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS,<br>    Plaintiffs,<br>vs.<br>T & R ELECTRIC, INC., AN ILLINOIS CORPORATION, RHONDA OWENSBY, Individually, and TERRY OWENSBY, Individually<br>    Defendant. | Case No. 25-cv-1204 |

## PLAINTIFFS' NOTIFICATION AS TO AFFILIATES

Plaintiffs, by their attorneys, PAUL M. EGAN, and ARNOLD AND KADJAN, LLP, pursuant to Local 3.2 of the Northern District of Illinois, hereby provide the following disclosures and notifications as follows:

Plaintiffs, TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, are Taft-Hartley Fringe Benefit Funds. Plaintiffs are a non-governmental entity. No entity or individual owns directly or indirectly 5% or more of the Fund.

            Respectfully submitted,

            TRUSTEES OF THE N.E.C.A. – IBEW LOCAL
            176 HEALTH, WELFARE, PENSION,
            VACATION, AND TRAINING TRUST FUNDS

            By: /s/ Paul M. Egan
              One of their Attorneys

***ARNOLD & KADJAN, LLP***
35 E. Wacker Dr., Suite 600
Chicago, Illinois 60601
(312) 236-0415
pe@aandklaw.com