# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

Trustees of the N.E.C.A.−IBEW Local 176 Health, Welfare, Pension, Vacation and Training Trust Funds

Plaintiff,

v.

Case No.: 1:25−cv−01204

Honorable Heather K. McShain

T & R Electric, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 27, 2026:

MINUTE entry before the Honorable Heather K. McShain: In accordance with the parties' Joint Stipulation to Dismiss [30] and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed without prejudice and with leave to reinstate on or before 08/15/2027. If no motion to reinstate is filed on or before 08/15/2027, the dismissal shall automatically convert to a dismissal with prejudice without further order of the Court. Each side to bear its own attorney's fees and costs. Civil case terminated. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.