**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS,** | ) | |
| **Plaintiffs,** | ) | |
| *vs.* | ) | **No. 25-cv-1204** |
| | ) | |
| **T & R ELECTRIC, INC., AN ILLINOIS CORPORATION, RHONDA OWENSBY, Individually and TERRY OWENSBY, Individually** | ) | **Judge Jeffrey I. Cummings** |
| | ) | **Magistrate Judge Heather K. McShain** |
| **Defendants.** | ) | |

**PLAINTIFFS' MOTION TO REINSTATE AND TO ENTER JUDGMENT FOR FAILURE TO COMPLY WITH TERMS OF SETTLEMENT AGREEMENT**

Now come the Plaintiffs, TRUSTEES OF THE N.E.C.A.—IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS, by and through counsel Paul M. Egan and Arnold and Kadjan, LLP, and move this honorable court to reinstate the matter and to enter judgment against Defendant for failure to comply with the settlement agreement. In support thereof, Plaintiffs state as follows:

1. The Complaint was filed on February 4, 2025 in this case. (Docket #1)
2. After the audit was completed, the parties in this matter were able to resolve the matter with an agreed upon payment plan of twenty (20) installment payments totaling $150,175.39. *See Exhibit A, signed Installment Note.*
3. On January 27, 2026, this Court entered an order dismissing the matter without prejudice with leave to reinstate on or before August 15, 2027. (Docket #32)
4. The Defendant made the first seven payments through June 1, 2026, but has since failed to make the last three payments.

5. Pursuant to the signed installment note, the plaintiff may go to court to enter judgment on the remaining amount owing on the note if the defendant failed to remain current on its payments.
6. Currently, after subtracting all payments made on the installment note, defendants owe the balance of $120,243.97 on the note.
7. Prior to bringing this motion, plaintiffs' attorney has been in repeated contact with defense counsel, who is aware that the defendant is delinquent on their obligations under this note, but to date, they have no made all payments called for on the note.
8. The terms of the note allow plaintiffs to also pray for reasonable costs of collection. Paul M. Egan, attorney for plaintiffs, has reviewed all of the billing on this matter from July 1, 2026 to present, and plaintiffs' attorneys fees for this period are 5.00 hours at $250.00 per hour, for a total of $1,250.00.

WHEREFORE, Plaintiffs, TRUSTEES OF THE N.E.C.A.-IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS hereby move this Court to enter judgment against the defendants T & R ELECTRIC, INC., RHONDA OWENS, Individually, and TERRY OWENS, Individually, for $120,243.97 plus attorneys' fees of $1,250.00, for a total of $121,493.97 pursuant to the terms of the attached installment note.

Respectfully submitted,

TRUSTEES OF THE N.E.C.A-IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS

/s/ Paul M. Egan
One of their attorneys

ARNOLD AND KADJAN, LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415