# INTALLMENT NOTE

($160,243.97 principal and interest) November 6, 2025

For Value Received, the undersigned promises to pay to the order of IBEW Local 176 the principal sum of One Hundred Fifty Thousand One Hundred Seventy-Five and 39/100 Dollars ($150,175.39), payable in installments as follows:

1. Six monthly payments of Five Thousand Dollars and 00/100 ($5,000.00) beginning on December 1, 2025, and each successive month through May 1, 2026;

2. Thirteen monthly payments of Ten Thousand Dollars and 00/100 ($10,000.00) beginning on June 1, 2026, and each successive month through June 1, 2027; and

3. One final payment of Two Hundred Forty-Three and 97/100 Dollars ($243.97) due on July 1, 2027.

Any installments of principal not paid when due shall bear interest after maturity at the rate of 18% per annum. All payments shall be delivered to Paul M. Egan, Arnold and Kadjan, LLP, 35 E. Wacker Dr., Suite 600, Chicago, IL, 60601 or such other place as the legal holder hereof may from time to time in writing appoint.

At the election of the payee or legal holder hereof and without notice, the principal sum remaining unpaid hereon, together with accrued interest thereon, shall become at once due and payable at the place of payment aforesaid in case of default in the payment, when due, of any installment or principal or interest, or any portion thereof, in accordance with the terms hereof. In the event of default, the payee or legal holder hereof shall be entitled to reasonable costs of collection, including reasonable attorney's fees.

The undersigned hereby authorizes, irrevocably, any attorney of any Court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof. If this Note is signed by more than one person, the obligations and authorizations hereunder shall be joint and several. All parties hereto severally waive presentment for payment, notice of dishonor and protest.

EXHIBIT A

The maker of this Note acknowledges the above indebtedness represents amounts due and owing pursuant for union fines.

For: Audit of delinquencies and liquidated damages for IBEW Local 176 from 8/1/24-2/28/28, delinquent monthly self-reported amounts from 3/25-6/25, and payment of $16,750 remaining on judgment entered on 24-cv-3207.

By: [signature]

T & R Electric Inc.
870 E. Mallard Lane
Wilmington, IL 60481

By: [signature] Rhonda Owensby, Individually

By: [signature] Terry Owensby, Individually