**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Trustees of the N.E.C.A.−IBEW Local 176 Health, Welfare, Pension, Vacation and Training Trust Funds

Plaintiff,

v.

Case No.: 1:25−cv−01204
Honorable Heather K. McShain

T & R Electric, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 23, 2026:

MINUTE entry before the Honorable Heather K. McShain: Pending before the Court is plaintiffs' motion to reinstate and to enter judgment for failure to comply with terms of settlement agreement [33]. In January 2026, the Court dismissed this case without prejudice and with leave to reinstate on or before 08/15/2027 [33]. Plaintiffs filed this motion on 09/17/2026, alleging that defendants failed to comply with the terms of an installment note that defendants had signed to resolve the case. The note requires defendants to pay plaintiffs the principal sum of $150,175.39 in the form of (A) six monthly payments of $5,000 each from 12/01/2025 through 05/01/2026, (B) thirteen monthly payments of $10,000 each from 06/01/2026 through 06/01/2027, and (C) a final payment of $243.97 on 07/01/2026. An additional $10,000 in interest is also owed under the note. The Plaintiffs represent that defendants made the first seven payments but are now in default, having missed the payments due on July 1, August 1, and September 1, 2026. The installment note provides that, in the event of a default, the remaining principal and any accrued interest would become immediately due and that all parties who signed the note would be jointly and severally liable. [3−1] 1. The note also contains a confession−of−judgment clause, pursuant to which defendants agreed that any attorney could appear on their behalf after a default and confess judgment, without process, in favor plaintiffs. [Id.]. Finally, the note provides that plaintiffs would be entitled to reasonable costs of collection, including reasonable attorney's fees, should defendants default. [Id.]. In light of the foregoing, the Court reopens this case and restores it to its active docket. Consistent with the terms of the installment note, the Court also grants the motion for entry of judgment [33] and enters judgment in favor of plaintiffs and against defendants, jointly and severally, in the amount of $120,243.97 due under the note and $1,250.00 in attorney's fees, for a total of $121,493.97. Enter judgment. Civil case terminated. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.