**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Trustees of the N.E.C.A.-IBEW Local 176 Health, Welfare, Pension, Vacation and Training Trust Funds,

Plaintiff,

v.
T & R Electric, Inc et al ,

Defendant,

Case No. 25 C 1204

Judge Heather K. McShain

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff
and against defendants

which ☒ includes $10,000 pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.
Plaintiff shall recover costs from defendants.

---

☐ in favor of defendant
and against plaintiff

Defendant shall recover costs from plaintiff.

---

☒ other: Consistent with the terms of the installment note, the Court enters judgment in favor of plaintiffs and against defendants, jointly and severally, in the amount of $121,493.97.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Heather K. McShain on 9/23/2026.

Date: 9/23/2026

Thomas G. Bruton, Clerk of Court

Jannette Nunez, Deputy Clerk