**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS,** | ) | |
| **Plaintiffs,** | ) | |
| ***vs.*** | ) | **No. 25-cv-1204** |
| | ) | |
| **T & R ELECTRIC, INC., AN ILLINOIS CORPORATION, RHONDA OWENSBY, Individually and TERRY OWENSBY, Individually** | ) | **Judge Jeffrey I. Cummings** |
| | ) | **Magistrate Judge** |
| **Defendants.** | ) | **Heather K. McShain** |

**AGREED MOTION FOR TURNOVER**

Now come the parties, plaintiffs TRUSTEES OF THE N.E.C.A—IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS, and defendants T & R ELECTRIC, INC., RHONDA OWENSBY, Individually, and TERRY OWENSBY, Individually, by and through counsel, and move this Honorable Court to order Citation Respondent, BUSEY BANK, to turn over and pay to Plaintiffs the amount of $14,774.40. In support of their Motion, the parties state as follows:

1. Plaintiffs obtained a judgment against the Defendants in the above-captioned case September 23, 2026 in the amount of $121,493.97.

2. On October 23, Citation Respondent JPMorgan Chase Bank, N.A. was served with a Citation to Discover Assets.

3. By letter dated November 12, 2026, JPMorgan Chase Bank, N.A. replied that it was holding $14,774.40 in assets. (See Exhibit A).

4. This Court may order turnover of the amount so held pursuant to Rule 69(a) of the Federal Rules of Civil Procedure (procedure on enforcement of judgment follows practice and procedure of the State where the court sits) and 735 ILCS Section 2-1402(c)(3) (when assets are discovered, the court may order "any person cited . . . to deliver up any assets so discovered to be applied in satisfaction of the judgment.").

5. Defendants have agreed to this turnover.

WHEREFORE, the parties, pursuant to the provisions of Rule 69(a) of the Federal Rules of Civil Procedure and 735 ILCS Section 2-1402(c)(3), pray that this Court enter an Order requiring the Citation Respondent, Busey Bank, to turn over, deliver, and pay to Plaintiffs the amount of $14,744.40.

Respectfully submitted,

TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,

By: /s/ Paul M. Egan
One of their Attorneys

Paul M. Egan
Arnold and Kadjan, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
pe@aandklaw.com
(312)236-0415

T & R ELECTRIC INC., et al.,

By: /s/ Todd A. Miller
One of their Attorneys

Todd A. Miller
Kathleen M. Cahill
Allocco, Miller & Cahill P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
am@alloccomiller.com
(312) 675-4325