**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION AND TRAINING TRUST FUNDS,** | ) | |
| **Plaintiffs,** | ) | |
| ***vs.*** | ) | **No. 25-cv-1204** |
| **T & R ELECTRIC, INC., AN ILLINOIS CORPORATION, RHONDA OWENSBY, Individually and TERRY OWENSBY, Individually** | ) | |
| **Defendants.** | ) | **Magistrate Judge Heather K. McShain** |

## ORDER OF TURNOVER

This cause, coming to be heard upon the parties' Agreed Motion for Order of Turnover, all parties having notice, and the Court fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The parties' Agreed Motion for Order of Turnover is GRANTED. Citation Respondent, Busey Bank is ordered to turnover and pay to Plaintiffs the amount of $14,744.40.

2. The payment is to be made via check payable to "IBEW Local 176 Jt. Distr.".

SO ORDERED.

Entered: November 13, 2026
Date

By: Heather K. McShain
Hon. Heather K. McShain
U.S. Magistrate Judge